# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

| | |
|---|---|
| JASON BOWERS, | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 3:20-cv-00104-JJV |
| ANDREW SAUL, | * |
| Commissioner of Social Security, | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 31st day of March 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE